**FILED**

FEB 2 0 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

CASE UNSEALED PER ORDER OF COURT
3/3/202₀ ₘ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| UNITED STATES OF AMERICA, | Case No. **20 CR 0656 JLS** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Sec. 856(a)(2) – |
| SEAN TERRENCE SHEETER, | Maintaining a Drug-Involved Premises; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
| Defendant. | |

The grand jury charges:

From in or about May 2017, the exact date being unknown to the grand jury, to on or about the date of this Indictment, within the Southern District of California, defendant SEAN TERRENCE SHEETER knowingly managed and controlled a place located at 725 Poinsettia Avenue, Vista, California, as an owner and occupant, and knowingly and intentionally rented, leased, profited from, and made available for use, with and without compensation, such place for the purpose of unlawfully storing, distributing and using a controlled substance, namely heroin, a Schedule I Controlled Substance, and methamphetamine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 856(a)(2).

### Criminal Forfeiture Allegations

1.    The allegation contained in this Indictment is realleged and by reference fully incorporated herein for the purpose of alleging

PKM:nlv:San Diego:2/19/20



1 | forfeiture to the United States of America pursuant to the provisions
2 | of Title 21, United States Code, Section 853.

3 |     2.   As a result of the commission of the felony offense alleged
4 | in this Indictment, said violation being punishable by imprisonment for
5 | more than one year and pursuant to Title 21, United States Code,
6 | Sections 853(a)(1) and 853(a)(2), defendant SEAN TERRENCE SHEETER shall,
7 | upon conviction, forfeit to the United States all his rights, title and
8 | interest in any and all property constituting, or derived from, any
9 | proceeds the defendant obtained, directly or indirectly, as the result
10 | of the offense, and any and all property used or intended to be used in
11 | any manner or part to commit and to facilitate the commission of the
12 | violation alleged in this Indictment.  This property to be forfeited
13 | includes, but is not limited to the real property located at:

14 | **a. 725 Poinsettia Avenue, Vista, California 92081**

15 | APN: 217-220-10-00, titled in the name of Sean T. Sheeter, as
16 | Executor of the will of Hugh X. Sheeter also known as Hugh Xavior Sheeter, Deceased, and further described as:

17 | Lot 1, Block 95, in Rancho Vallecitos de San Marcos, in the County
18 | of San Diego, State of California, according to Map thereof No. 806, filed in the Office of the County Recorder of San Diego County,
19 | December 21, 1895, described as follows: Beginning at a point on the Southeasterly line of said Lot distant thereof North 23° East,
20 | 1200.00 feet from the most Southerly corner of said Lot said point being the Northeast corner of the land described in Deed to Hugh X.
21 | Sheeter and Arlene R. Sheeter, at ux, recorded June 23, 1953 in Book 489$, Page 231 of Official Records and being the True Point of
22 | Beginning; thence along the North-easterly line of said Sheeter land North 66° 36'20" West (record North 67° 55'00" West per said Deed)
23 | 363.00 feet; thence leaving said Sheeter land and along the Southeasterly line to the land described in Deed to George Miyasako
24 | and Matsuko Miyasako, at ux, recorded September 1, 1967 as File No. 67-1331674 of Official Records, North 23°25'40" East to the
25 | Northeasterly line of said Lot 1; thence leaving said Miyasako land and along the said Northeasterly line to the Northeast corner of
26 | said Lot 1; thence along the Southeast line of said Lot 1, South 23° 25'40" West to the TRUE POINT OF BEGINNING.

27 | //

28 | //

1    3.    If any of the above-described forfeitable property, as a
2  result of any act or omission of the defendant:

3              a.    cannot be located upon the exercise of due diligence;
4              b.    has been transferred or sold to, or deposited with, a
5                    third party;
6              c.    has been placed beyond the jurisdiction of the Court;
7              d.    has been substantially diminished in value; or
8              e.    has been commingled with other property which cannot be
9                    subdivided without difficulty;

10 it is the intent of the United States, pursuant to Title 21,
11 United States Code, Section 853(p), to seek forfeiture of any other
12 property of the defendant up to the value of the property listed above
13 as being subject to forfeiture.

14 All in violation of Title 21, United States Code, Section 853.

15       DATED: February 20, 2020.

16                                        A TRUE BILL:

17

18                                        Foreperson

19 ROBERT S. BREWER, JR.
20 United States Attorney

21 By:
22       P. KEVIN MOKHTARI
         Assistant U.S. Attorney

23

24

25

26

27

28

                              3